UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN TILLMAN,<br><br>     Plaintiff,<br><br>  v.<br><br>RENEE TILLMAN, et al.,<br><br>     Defendants. | Case No. CV 09-02017 VAP (RCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: August 10, 2010                    _____
                                          VIRGINIA A. PHILLIPS
                                          United States District Judge