UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN TILLMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RENEE TILLMAN aka RENEE CHICINO, et al.; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 09-2017-VAP (RCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed on August 20, 2013 (Doc. No. 288), IT IS ORDERED AND ADJUDGED that Third-Party Plaintiff's Second Amended Third-Party Complaint is DISMISSED WITH PREJUDICE with respect to Third-Party Defendant Rheingold, Valet, Rheingold, Shkolnik & McCartney, LLP.  The Court orders that such judgment be entered.

Dated: <u>November 12, 2013</u>　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge